

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00322-CR

**JOSHUA DOMINGO LOREDO,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2014-2310-C2**

# O R D E R

In Trial Court Case No. 2014-2310-C2, appellant Joshua Domingo Loredo pled not guilty to two counts of aggravated sexual assault (Count I and Count II) and guilty to assault family violence by occlusion (Count III). A jury found Loredo guilty of all counts and then assessed Loredo's punishment at 45, 45, and 10 years in prison, respectively, to be served concurrently. Three judgments were signed, one for each count.

Loredo filed one notice of appeal, showing his desire to appeal from "the Judgment and Sentence" rendered against him in Trial Court Case No. 2014-2310-C2. The appeal therefore bears one case number, Court of Appeals No. 10-15-00322-CR.

Loredo's appointed appellate counsel filed a brief challenging only the judgment and sentence for Count I. A brief bringing any alleged error or an *Anders*-type motion to withdraw and a supporting brief as to Counts II and III must be filed in this proceeding within 30 days from the date of this order. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967). If counsel files a motion to withdraw, counsel should also file a motion to sever as to each of those counts. *See Kirven v. State*, No. 10-14-00122-CR (Tex. App.—Waco, Oct. 22, 2015, order).

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed April 21, 2016

